# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHELE ATTIAS,<br><br>Defendant. | Case No. 24CR00995-TWR<br><br>**ORDER AND JUDGMENT DISMISSING INFORMATION WITHOUT PREJUDICE**<br><br>The Honorable Todd W. Robinson |

The United States' Motion to Dismiss the Information without Prejudice is **GRANTED**. The Court dismisses the Information without prejudice under Federal Rule of Criminal Procedure 48(a).

DATED: 10/30/2024

Honorable Todd W. Robinson
United States District Judge